IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. MORIARTY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-02649-CKK |
| | ) |
| THE HASHEMITE KINGDOM OF JORDAN, et al. | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JOHN M. EUBANKS

I, JOHN M. EUBANKS, hereby declare under penalty of perjury:

1. I am a member in good standing of the State Bars of Maryland and South Carolina who has been admitted *pro hac vice* in this litigation.

2. I am a member of the law firm of Motley Rice LLC representing the Plaintiffs in this litigation.

3. I make this Declaration in support of Plaintiffs' Points and Authorities in Opposition to the Motion to Dismiss of The Hashemite Kingdom of Jordan.

4. A true and correct copy of the Embassy of the United States of America, Amman Note No. 261 dated April 4, 1996 is attached hereto as Exhibit A.

5. A true and correct copy of document MK/3/21/366 issued by the Ministry of Foreign Affairs of The Hashemite Kingdom of Jordan dated April 10, 1996 is attached hereto as Exhibit B.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 19, 2019

_____
John M. Eubanks