# EXHIBIT A

04-571

EMBA..
UNITED STATE..

Note No. 261

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs of the Hashemite Kingdom of Jordan and and has the honor to refer to recent discussions between our two governments regarding the status of United States military personnel and civilian employees of the Department of Defense who may be in Jordan temporarily in connection with their official duties.

As a result of these discussions the United States Government proposes that such personnel be accorded the same status as that provided to the technical and administrative staff of the United States Embassy in Jordan and that they may enter and exit Jordan with United States Government identification and collective or individual travel orders. Further, the United States Government proposes that such personnel be authorized to wear their uniforms while performing their official duties and to carry arms while on duty and at their place of duty if so authorized by their orders.

The United States Government acknowledges that, as an administrative matter, current procedures with respect to diplomatic overflight and landing clearances for United

States aircraft and clearance for entering ports by United States vessels will be observed. It further proposes that the government of the Hashemite Kingdom of Jordan accord free entry into and landing upon the territory of Jordan and accord duty-free treatment upon importation or exportation as well as exemption from internal duties and taxes on products, property, material, or equipment imported into or acquired in Jordan on behalf of the United States Government for the purpose of activities covered by this note.

The United States Government also proposes that both governments waive any and all claims (other than contractual claims) against each other for damage, loss or destruction of property arising from any official duties governed by this note. The United States Government intends that the issue of compensation for damage to property or personnel shall be addressed in subsequent negotiations envisaged for the purpose of reaching an agreement on a more comprehensive bilateral Status of Forces Agreement (SOFA).

The United States Government assures the Hashemite Kingdom of Jordan that except as otherwise provided for in this note and other agreements between our two governments,

the United States Government will continue to respect Jordanian Laws and Regulations.

If the foregoing is acceptable to the Government of the Hashemite Kingdom of Jordan, the Embassy proposes that this note and the response to it shall constitute agreement between our two governments effective from the date of your response.

The Embassy of the United States of America takes this opportunity to renew to the Ministry of Foreign Affairs the assurances of its highest consideration.

Embassy of the United States of America,
    Amman, 4 April 1996.