# EXHIBIT B

1/04/94  10:22    MINISTRY OF FOREIGN AFFAIRS →                    NO.091  P002



وزارة الخارجية

No.: MK/3/21/366
Date: 10/4/1996

The Ministry of Foreign Affairs presents its compliments to the Embassy of the United States of America in Amman and has the honour to acknowledge the receipt of the U.S. Embassy Note No. 261 dated April 4, 1996 regarding the status of U.S. Military Personnel and Civilian employees of the U.S. Department of Defense on Jordanian territory.

The Ministry of Foreign Affairs has the honour to inform the Embassy that the Government of Jordan accepts the proposal contained in the aforementioned note and to confirm that the draft and the related U.S note constitute an agreement between the U.S. Government and the Jordanian Government.

The Ministry of Foreign Affairs of the Hashemite Kingdom of Jordan avails itself of this opportunity to renew to the esteemed embassy the assurances of its highest consideration.



Embassy of the United States of America/Amman