IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. MORIARTY, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 1:18-cv-02649-CKK |
| | ) |
| THE HASHEMITE KINGDOM OF JORDAN, et al. | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**PLAINTIFF'S REQUEST FOR INTERNATIONAL
JUDICAL ASSISTANCE (LETTER ROGATORY)**

Pursuant to 28 U.S.C. § 1781 and 28 U.S.C. § 1608(a)(3), Plaintiffs James R. Moriarty, et al., by their undersigned counsel, hereby file a Request for International Judicial Assistance ("Letters Rogatory"), and request that the Court issue a request to the appropriate judicial authority in Amman in the Hashemite Kingdom of Jordan ("Jordan") to assist in the service of process in a civil proceeding before this Court in the above-captioned matter. Plaintiffs believe that the issuance of these Letters Rogatory will expeditiously move this case forward. In support of the Request, Plaintiffs submit a proposed form of the Request for Judicial Assistance contemporaneously herewith. The assistance requested is that the appropriate judicial authority in Jordan effect service of process upon Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh". Attached as Exhibit A is a copy of the First Amended Complaint filed in this case and attached as Exhibit B is a copy of the Summons for Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh". Exhibit C is a proposed form of the Request for Judicial Assistance.

Upon information and belief, Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh" intentionally engaged in an attack against four members of the U.S. Army's Special Forces

Operation Detachment-Alpha on November 4, 2016 in which three of the Americans were murdered by Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh." The attack took place at the entrance to the Jordanian Air Base located near Al-Jafr, Jordan. The Plaintiffs in this case are the family members and representatives of the estates of the three American soldiers who were killed by the Defendant on November 4, 2016. The three murdered Americans were James Francis Moriarty, Matthew Charles Lewellen, and Kevin Joseph McEnroe.

The Plaintiffs demand judgment against Defendant Al-Tawayha pursuant to claims arising under the Antiterrorism Act (18 U.S.C. § 2331 *et seq.*), the Torture Victim Protection Act (106 Stat. 734), international law, and common law.

**WHEREFORE**, Plaintiffs, for the foregoing reasons, hereby request that the Court:

    A.    Grant the Plaintiffs' Request;

    B.    Grant such other and further relief as the case may require.

Dated: June 12, 2019

Respectfully submitted,

**MOTLEY RICE LLC**

/S/ John M. Eubanks
Robert T. Haefele (D.C. Bar No. 1007583)
John M. Eubanks (admitted *pro hac vice*)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
(843) 216-9000
RHaefele@motleyrice.com
JEubanks@motleyrice.com

*Attorneys for Plaintiffs*