IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES R. MORIARTY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 1:18-cv-02649-CKK |
| | ) |
| **THE HASHEMITE KINGDOM OF JORDAN,** | ) |
| et al. | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### PLAINTIFFS' STATUS REPORT

Pursuant to the Court's Minute Order dated February 15, 2019, Plaintiffs by their undersigned counsel provide the following status report. Plaintiffs had engaged in translation of the First Amended Complaint and Summons into Arabic in addition to preparing and translating additional documents to serve upon Defendant Hashemite Kingdom of Jordan ("Jordan") in accordance with the provisions of 28 U.S.C. § 1608(a); however, when Plaintiffs intended to reach out to counsel at White & Case LLP regarding possible waiver of service, Defendant Jordan filed its motion to dismiss Plaintiffs' First Amended Complaint. *See* ECF No. 11 (Mar. 28, 2019). While Plaintiffs remain positioned to effectuate service on Defendant Jordan either through agreed-upon mean under 28 U.S.C. § 1608(a)(1) or via mail under 28 U.S.C. § 1608(a)(3), the filing of the motion to dismiss focused Plaintiffs' efforts on responding to the motion. Furthermore, pending a decision on Defendant Jordan's motion, Plaintiffs have not endeavored to attempt service on Jordan.

With regard to Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh", Plaintiffs respectfully submit that they did not serve their Request for Judicial Assistance to effectuate service on

Defendant Abu Tayeh until June 12, 2019.  Plaintiffs were awaiting a decision on Defendant Jordan's motion to dismiss, and Defendant Abu Tayeh's current situation did not seemingly necessitate haste in effectuating service of process.  Plaintiffs submit that, upon information and belief, Defendant Abu Tayeh is incarcerated in the Hashemite Kingdom of Jordan for his role in the shooting deaths of James F. Moriarty, Kevin J. McEnroe, and Matthew C. Lewellen that is the subject of this litigation.  Plaintiffs recognize that the letter rogatory process can be time-consuming; however, because Jordan is not a party to the Hague Service Convention and personal service would be futile given his incarceration, the letter rogatory process may be the only manner in which service may be accomplished on Defendant Abu Tayeh.

| | |
|---|---|
| Dated:  June 12, 2019 | Respectfully submitted, |
| | **MOTLEY RICE LLC** |
| | /S/ John M. Eubanks_____<br>Robert T. Haefele (D.C. Bar No. 1007583)<br>John M. Eubanks (admitted *pro hac vice*)<br>28 Bridgeside Boulevard<br>Mount Pleasant, South Carolina 29464<br>(843) 216-9000<br>RHaefele@motleyrice.com<br>JEubanks@motleyrice.com |
| | *Attorneys for Plaintiffs* |