**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAMES R. MORIARTY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 1:18-cv-02649-CKK |
| | ) |
| **THE HASHEMITE KINGDOM OF JORDAN,** | ) |
| **et al.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## REQUEST FOR JUDICIAL ASSISTANCE (LETTER ROGATORY)

The United States District Court for the District of Columbia presents its compliments to the appropriate judicial authority of the Hashemite Kingdom of Jordan, and requests international judicial assistance to effect the service of process to be used in a civil proceeding before this court in the above-captioned matter.

**I.      Request**

This court requires the assistance described herein as necessary in the interest of justice in a civil matter arising under various U.S. federal laws, international law, and the common law. The assistance requested is that the appropriate judicial authority of the Hashemite Kingdom of Jordan effect service of process of the Summons with attachments, First Amended Complaint and Certified Translations in the Civil Case of *James R. Moriarty, et al. v. The Hashemite Kingdom of Jordan, et al.*, Civil Action No. 1:18-cv-02649-CKK, upon Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh." Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh" is believed to be incarcerated in Jordan following his conviction in July 2017 in relation to the murder of three Americans (James Francis Moriarty, Matthew Charles Lewellen, and Kevin Joseph McEnroe) at the entrance to the

Jordanian air base located near Al-Jafr, Jordan on November 4, 2016.  This service of process is requested to be performed in person to Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh."

**II.     Facts**

Upon information and belief, Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh" intentionally engaged in an attack against four members of the U.S. Army's Special Forces Operation Detachment-Alpha on November 4, 2016 in which three of the Americans were murdered by Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh."  The attack took place at the entrance to the Jordanian Air Base located near Al-Jafr, Jordan.  The Plaintiffs in this case are the family members and representatives of the estates of the three American soldiers who were killed by the Defendant on November 4, 2016.  The three murdered Americans were James Francis Moriarty, Matthew Charles Lewellen, and Kevin Joseph McEnroe.

The Plaintiffs demand judgment against Defendant Al-Tawayha pursuant to claims arising under the Antiterrorism Act (18 U.S.C. § 2331 *et seq.*), the Torture Victim Protection Act (106 Stat. 734), international law, and common law.

**III.    Reciprocity**

The United States District Court for the District of Columbia expresses its sincere willingness to provide similar assistance to judicial authorities of the Hashemite Kingdom of Jordan.

**IV.    Reimbursement For Costs**

The United States District Court for the District of Columbia expresses its sincere willingness to reimburse the judicial authorities of the Hashemite Kingdom of Jordan for costs incurred in executing the United States District Court for the District of Columbia's letter rogatory.  Please contact Plaintiffs' Attorney, John M. Eubanks, Motley Rice LLC, 28 Bridgeside Boulevard,

Mount Pleasant, SC 29464, +1 (843) 216-9000, jeubanks@motleyrice.com, before exceeding the amount of $500.00.

Dated: _____                   _____
                                                 U.S. District Colleen Kollar-Kotelly
                                                 U.S. District Court for the District of Columbia
                                                 333 Constitution Ave., NW
                                                 Washington, DC 20001

CERTIFICATION OF THE JUDGE'S SIGNATURE

    I, _____, Clerk of the United States District Court for the District of Columbia, do hereby certify that James Robertson, Judge of the United States District Court for the District of Columbia, whose signature is attached to the Letters Rogatory hereto annexed, was at the date hereof the Judge of the United States District Court for the District of Columbia and that the official acts and doings of said Judge are entitled to full faith and credit, and that the attestation to said Letters Rogatory is in due form of law.

    I further certify that the seal attached to said Letters Rogatory is the seal of the Court.

    Witness my hand and the Seal of the said Court at the city of Washington, D.C., on the _____ day of _____ in the year 2019.

[Seal of the Court]                   _____
                                                 Clerk of the Court
                                                 Printed Name: _____

CERTIFICATION OF THE CLERK'S SIGNATURE

I, _____, Judge of the United States District Court for the District of Columbia, do hereby certify that _____, Clerk of the United States District Court for the District of Columbia, whose signature is attached to the Letters Rogatory hereto annexed, was at the date hereof the Clerk of the United States District Court for the District of Columbia and that the official acts and doings of said Clerk are entitled to full faith and credit, and that the attestation to said Letters Rogatory is in due form of law.

I further certify that the seal attached to said Letters Rogatory is the seal of the Court.

Witness my hand and the Seal of the said Court at the city of Washington, D.C. on the _____ day of _____ in the year 2019.

[Seal of the Court]

_____
United States District Court Judge for the
      District of Columbia
Printed Name: _____