IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES R. MORIARTY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-02649-CKK |
| ) | |
| THE HASHEMITE KINGDOM OF JORDAN, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**FILED**

JUL -3 2019

Clerk, U.S. District and
Bankruptcy Courts

### REQUEST FOR JUDICIAL ASSISTANCE (LETTER ROGATORY)

The United States District Court for the District of Columbia presents its compliments to the appropriate judicial authority of the Hashemite Kingdom of Jordan, and requests international judicial assistance to effect the service of process to be used in a civil proceeding before this court in the above-captioned matter.

**I.    Request**

This court requires the assistance described herein as necessary in the interest of justice in a civil matter arising under various U.S. federal laws, international law, and the common law. The assistance requested is that the appropriate judicial authority of the Hashemite Kingdom of Jordan effect service of process of the Summons with attachments, First Amended Complaint and Certified Translations in the Civil Case of *James R. Moriarty, et al. v. The Hashemite Kingdom of Jordan, et al.*, Civil Action No. 1:18-cv-02649-CKK, upon Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh." Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh" is believed to be incarcerated in Jordan following his conviction in July 2017 in relation to the murder of three Americans (James Francis Moriarty, Matthew Charles Lewellen, and Kevin Joseph McEnroe) at the entrance to the

Jordanian air base located near Al-Jafr, Jordan on November 4, 2016. This service of process is requested to be performed in person to Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh."

## II. Facts

Upon information and belief, Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh" intentionally engaged in an attack against four members of the U.S. Army's Special Forces Operation Detachment-Alpha on November 4, 2016 in which three of the Americans were murdered by Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh." The attack took place at the entrance to the Jordanian Air Base located near Al-Jafr, Jordan. The Plaintiffs in this case are the family members and representatives of the estates of the three American soldiers who were killed by the Defendant on November 4, 2016. The three murdered Americans were James Francis Moriarty, Matthew Charles Lewellen, and Kevin Joseph McEnroe.

The Plaintiffs demand judgment against Defendant Al-Tawayha pursuant to claims arising under the Antiterrorism Act (18 U.S.C. § 2331 *et seq.*), the Torture Victim Protection Act (106 Stat. 734), international law, and common law.

## III. Reciprocity

The United States District Court for the District of Columbia expresses its sincere willingness to provide similar assistance to judicial authorities of the Hashemite Kingdom of Jordan.

## IV. Reimbursement For Costs

The United States District Court for the District of Columbia expresses its sincere willingness to reimburse the judicial authorities of the Hashemite Kingdom of Jordan for costs incurred in executing the United States District Court for the District of Columbia's letter rogatory. Any such reimbursement would be provided by Plaintiffs' counsel in this judicial

proceeding. Please contact Plaintiffs' Attorney, John M. Eubanks, Motley Rice LLC, 28 Bridgeside Boulevard, Mount Pleasant, SC 29464, +1 (843) 216-9000, jeubanks@motleyrice.com, before exceeding the amount of $500.00.

Dated: 7/3/2019

U.S. District Colleen Kollar-Kotelly
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001