IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES R. MORIARTY, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 1:18-cv-02649-CKK |
| ) | |
| **THE HASHEMITE KINGDOM OF JORDAN,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## PLAINTIFFS' STATUS REPORT

Pursuant to the Court's Order dated August 6, 2019 (ECF No. 19) and the Court's Minute Order dated October 15, 2019, Plaintiffs by their undersigned counsel provide the following status report with regard to how they intend to proceed with this case in light of the Court's August 6, 2019 Order dismissing their claims against the Hashemite Kingdom of Jordan.[1]  Given the decision of the Court dismissing the Hashemite Kingdom of Jordan based on its sovereign immunity, Plaintiffs' claims remain only against Defendant Ma'arek Al-Tawayha a/k/a "Abu Tayeh" ("Defendant Abu Tayeh"), the individual who perpetrated the shooting attack in which James Moriarty, Kevin McEnroe, and Matthew Lewellen were killed.

**Service of Process on Defendant Abu Tayeh**

On July 3, 2019, this Court issued Letters Rogatory to the Hashemite Kingdom of Jordan to assist in service of process on Defendant Abu Tayeh.  Plaintiffs subsequently had the Letters

---

[1] Given that Plaintiffs' claims against the Hashemite Kingdom of Jordan were dismissed with prejudice, and no Notice of Appeal has been filed by Plaintiffs, the only active parties in this case are the Plaintiffs.  Nevertheless, Plaintiffs' counsel provided a draft of their proposed Status Report to counsel for the Hashemite Kingdom of Jordan in advance of filing for any input they might provide. Counsel for the Kingdom stated that, notwithstanding being dismissed with prejudice, the Kingdom reserves the right to make its own submission.

Rogatory translated into the Arabic language as one of the requirements to perfect the Letters Rogatory packet prior to transmitting these materials to the U.S. Department of State. Plaintiffs have transmitted the Letters Rogatory packet to the U.S. Department of State, and undersigned counsel has been informed by Jared Hess, an Attorney Advisor with the U.S. Department of State's Bureau of Consular Affairs, Overseas Citizen Services, Office of Legal Affairs, that the Letters Rogatory were delivered via diplomatic channels to Jordan in early-September 2019.

As the Court is aware, service of process pursuant to Letters Rogatory issued to a foreign country can be an extremely time-consuming and cumbersome process. As Plaintiffs pursued service of process through Letters Rogatory, attempts were made to serve Defendant Abu Tayeh personally in Jordan. Plaintiffs contracted with Process Server Network, LLC in Chatsworth, California to pursue personal service of process on Defendant Abu Tayeh. Process Server Network, LLC was able to locate where Defendant Abu Tayeh was incarcerated in Jordan at Suwaqa Prison south of Amman, Jordan; however, Nelson Tucker, CEO of Process Service Network, LLC notified undersigned counsel that prison guards will not allow service of process directly to an individual prisoner and will not accept service on a prisoner's behalf. Therefore, Plaintiffs' efforts at service of process on Defendant Abu Tayeh have been constrained to the Letters Rogatory process.

Once notification has been received that the Letters Rogatory process has been successful in achieving service of process on Defendant Abu Tayeh, Plaintiffs will submit proof of service to the Court. Until such time as service of process is achieved, the Court will not be burdened with any additional motion practice.

**How to Proceed Following Service of Process**

Once service of process is obtained against Defendant Abu Tayeh, Plaintiffs submit that it is unlikely that Defendant Abu Tayeh will file any responsive pleading within the time permitted to do so under the Federal Rules of Civil Procedure. Once the time period for serving any responsive pleading has passed, Plaintiffs intend to seek entry of a Clerk's Certificate of Default followed by filing a motion for default judgment against Defendant Abu Tayeh. At that time, Plaintiffs will seek the Court's guidance on how the Court wishes to proceed with entry of a default judgment through a possible evidentiary hearing on damages as there is no dispute that Defendant Abu Tayeh committed the murders and has been adjudicated guilty of these acts in Jordan.

Should the Court have additional questions regarding how to proceed in this case at this point, Plaintiffs are prepared to either provide such information in writing or appear before the Court for a status conference to address any concerns the Court might have.

Dated: October 21, 2019                                 Respectfully submitted,

                                                        **MOTLEY RICE LLC**

/S/ John M. Eubanks
Robert T. Haefele (D.C. Bar No. 1007583)
John M. Eubanks (admitted *pro hac vice*)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
(843) 216-9000
RHaefele@motleyrice.com
JEubanks@motleyrice.com

*Attorneys for Plaintiffs*