**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JAMES R. MORIARTY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:18-cv-02649-CKK** |
| | ) | |
| **THE HASHEMITE KINGDOM OF JORDAN,** **et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

_____

## <u>PLAINTIFFS' STATUS REPORT</u>

Pursuant to the Court's Minute Order dated October 21, 2019, Plaintiffs provide the following Status Report updating the Court on Plaintiffs' service of process on Defendant Ma'arek Al-Tawayha a/k/a Abu Tayeh.

On July 3, 2019, this Court issued Letters Rogatory to the Hashemite Kingdom of Jordan to assist in service of process on Defendant Abu Tayeh.  Plaintiffs subsequently had the Letters Rogatory translated into the Arabic language as one of the requirements to perfect the Letters Rogatory packet prior to transmitting these materials to the U.S. Department of State. Plaintiffs have transmitted the Letters Rogatory packet to the U.S. Department of State, and undersigned counsel has been informed by Jared Hess, an Attorney Advisor with the U.S. Department of State's Bureau of Consular Affairs, Overseas Citizen Services, Office of Legal Affairs, that the Letters Rogatory were delivered via diplomatic channels to Jordan in early-September 2019.

To date, Plaintiffs have not received any notification regarding whether service has been perfected on the Defendant.  Undersigned counsel has submitted requests in writing for status on the service of process via Letters Rogatory to the State Department's preferred method of

communication—through e-mails to CA-OCS-LettersRogatory@state.gov—however, there has been no response to undersigned counsel's inquiries to the State Department.

As the Court is aware, service of process pursuant to Letters Rogatory issued to a foreign country can be an extremely time-consuming and cumbersome process. Plaintiffs are prepared to provide another Status Report to the Court by May 21, 2020. If, however, service is completed before that date, Plaintiffs shall file a Status Report informing the Court within ten days of notification that service has been completed in addition to filing an Affidavit of Service to allow this case to proceed at that point.

Should the Court have additional questions regarding this Status Report, Plaintiffs are prepared to either provide such information in writing or appear before the Court for a status conference to address any concerns the Court might have.

Dated: February 21, 2020                          Respectfully submitted,

                                                  **MOTLEY RICE LLC**

                                                  /S/ John M. Eubanks_____
                                                  Robert T. Haefele (D.C. Bar No. 1007583)
                                                  John M. Eubanks (admitted *pro hac vice*)
                                                  28 Bridgeside Boulevard
                                                  Mount Pleasant, South Carolina 29464
                                                  (843) 216-9000
                                                  RHaefele@motleyrice.com
                                                  JEubanks@motleyrice.com

                                                  *Attorneys for Plaintiffs*