# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES R. MORIARTY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 1:18-cv-02649-CKK |
| | ) |
| **THE HASHEMITE KINGDOM OF JORDAN,** | ) |
| et al. | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## PLAINTIFFS' STATUS REPORT

Plaintiffs seek the Court's indulgence for the delay in submitting this Status Report which was due (on a second order) by June 5, 2020. Counsel has sought some form of report from the U.S. Department of State on the status of the service of process on Defendant Ma'arek Al-Tawayha a/k/a Abu Tayeh through Letters Rogatory to the Hashemite Kingdom of Jordan to no avail. On July 3, 2019, this Court issued Letters Rogatory to the Hashemite Kingdom of Jordan to assist in service of process on Defendant Abu Tayeh. Plaintiffs subsequently had the Letters Rogatory translated into the Arabic language as one of the requirements to perfect the Letters Rogatory packet prior to transmitting these materials to the U.S. Department of State. Plaintiffs have transmitted the Letters Rogatory packet to the U.S. Department of State, and undersigned counsel has been informed by Jared Hess, an Attorney Advisor with the U.S. Department of State's Bureau of Consular Affairs, Overseas Citizen Services, Office of Legal Affairs, that the Letters Rogatory were delivered via diplomatic channels to Jordan in early-September 2019.

To date, Plaintiffs have not received any notification regarding whether service has been perfected on the Defendant. Undersigned counsel has submitted requests in writing for status on

the service of process via Letters Rogatory to the State Department's preferred method of communication—through e-mails to CA-OCS-LettersRogatory@state.gov—however, there has been no response to undersigned counsel's inquiries to the State Department.  Plaintiffs' counsel has also requested a status report from Mr. Hess within the Office of Legal Affairs for the Directorate of Overseas Citizen Services.  These various requests for information have resulted in no response whatsoever from the U.S. Department of State.

Given the current COVID-19 situation and the impact of the COVID-19 pandemic on certain government functions, Plaintiffs submit that the normally time-consuming and cumbersome process of service of process via Letters Rogatory may be further exacerbated and elongated in this situation.  As such, Plaintiffs request that the Court (a) accept this Status Report despite it being filed late, and (b) set a date of September 1, 2020 by which Plaintiffs must update the Court with any additional status report on the status of service of process via Letters Rogatory on Defendant Ma'arek Al-Tawayha a/k/a Abu Tayeh. If, however, service is completed before that date, Plaintiffs shall file a Status Report informing the Court within ten days of notification that service has been completed in addition to filing an Affidavit of Service to allow this case to proceed at that point.

Should the Court have additional questions regarding this Status Report, Plaintiffs are prepared to either provide such information in writing or appear before the Court for a status conference to address any concerns the Court might have.

Dated: June 8, 2020　　　　　　　　　　　　　Respectfully submitted,

**MOTLEY RICE LLC**

/S/ John M. Eubanks_____
Robert T. Haefele (D.C. Bar No. 1007583)
John M. Eubanks (admitted *pro hac vice*)
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
(843) 216-9000
RHaefele@motleyrice.com
JEubanks@motleyrice.com

*Attorneys for Plaintiffs*